**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ARTHUR L. IVES,

           Petitioner

        v.

KATHRYN E. IVES,

           Respondent

: No. 405 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.